State, Respondent, v. Speaks, Petitioner, No. 91312-9. Petition for review of a decision of the Court of Appeals, No. 45646-0-II, January 16, 2015. *Denied* June 3, 2015.

*State, Respondent, v. Lewis, Petitioner*, No. 91180-1. Petition for review of a decision of the Court of Appeals, Nos. 44393-7-II and 44396-1-II, December 30, 2014, 185 Wn. App. 338. *Granted* June 4, 2015.

*Cho, Petitioner, v. City of Seattle, Respondent*, No. 91215-7. Petition for review of a decision of the Court of Appeals, No. 70727-2-I, October 20, 2014, 185 Wn. App. 10. *Denied* June 4, 2015.

*State, Respondent, v. Fuller, Petitioner*, No. 91193-2. Petition for review of a decision of the Court of Appeals, No. 72431-2-I, November 24, 2014, 184 Wn. App. 1045. *Granted* July 8, 2015.

*Dep't of Labor & Indus., Petitioner, v. Rowley, Respondent*, No. 91357-9. Petition for review of a decision of the Court of Appeals, No. 71737-5-I, December 22, 2014, 185 Wn. App. 154. *Granted* July 8, 2015.

*In re Det. of Anderson*, No. 91385-4. Petition for review of a decision of the Court of Appeals, No. 45000-3-II, January 27, 2015, 185 Wn. App. 1036. *Granted* July 8, 2015.

*Volk et al., Respondents, v. DeMeerleer et al., Petitioners*, No. 91387-1. Petition for review of a decision of the Court of Appeals, No. 31814-1-III, November 13, 2014, 184 Wn. App. 389. *Granted* July 8, 2015.

*State, Respondent, v. Larson, Petitioner*, No. 91457-5. Petition for review of a decision of the Court of Appeals, No. 71238-1-I, February 17, 2015, 185 Wn. App. 903. *Granted* July 8, 2015.